IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 10 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**KACI MITCHELL, Individually and as
Parent and Next Friend of
Braylee Mitchell, a minor**

**PLAINTIFFS**

v.                    No. 2:17-cv-*23-Jm*

This case assigned to District Judge *Moody*
and to Magistrate Judge *Harris*

**ALVARO NAVA d/b/a ANGEL EXPRESS,
and DANIEL NAVA**

**DEFENDANTS**

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, defendant Alvaro Nava d/b/a Angel Express ("Angel Express"), files this notice of the removal of this action from the Circuit Court of Monroe County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Eastern Division. The Court has original jurisdiction over this action based on diversity of citizenship, 28 U.S.C. § 1332, as shown by the following:

1.      On August, 23, 2016, this case, styled *Kaci Mitchell, Individually and as Parent and Next Friend of Braylee Mitchell, a Minor v. Alvaro Nava d/b/a Angel Express and Daniel Nava*, was filed in the Circuit Court of Monroe County, Arkansas, as case number 48CV-16-84.

2.      Angel Express was served with a copy of the summons and complaint on January 14, 2017. This filing is timely because it comes within thirty days of Angel Express's receipt of the summons and complaint. 28 U.S.C § 1446(b)(1).

3.     Defendant Daniel Nava was served with a copy of the summons and complaint on September 28, 2016.

4.     The summonses, complaint, and proofs of service—which are attached as Exhibit A to this notice—constitute "all process, pleadings, and orders served upon" Angel Express and Daniel Nava. 28 U.S.C. § 1446(a).

5.     The Court has original jurisdiction over this action because it is between citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of costs and interest. 28 U.S.C. § 1332(a).

6.     As pleaded in the complaint, the plaintiffs are citizens of Monroe County, Arkansas.

7.     Defendants Angel Express and Daniel Nava are citizens of the state of Texas.

8.     Complete diversity therefore exists between the parties to this lawsuit. 28 U.S.C. § 1332(a)(1).

9.     In their complaint, the plaintiffs' demand damages that "exceed the current requirement for federal court jurisdiction in diversity cases," and their demand is "deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2).

10.     Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and the action is removable pursuant to 28 U.S.C. § 1441(a).

2

11.     The United States District Court for the Eastern District of Arkansas, Eastern Division, embraces the county in which the state court action is now pending.

12.     Angel Express has served a copy of this notice on counsel for the plaintiffs, at the address provided in the summons; and Angel Express will promptly file with the clerk of the Circuit Court of Monroe County, Arkansas, a copy of this notice. 28 U.S.C. § 1446(d).

13.     Daniel Nava consents to removal. 28 U.S.C. § 1446(b)(2)(C).

14.     Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for any improper purpose.

15.     Angel Express and Daniel Nava expressly reserves any and all defenses that may be available to it in this action.

WHEREFORE, defendant Alvaro Nava d/b/a Angel Express, with the consent of defendant Daniel Nava, removes this action from the Circuit Court of Monroe County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Eastern Division.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: llowther@wlj.com


By _____
    Jerry J. Sallings (84134)
    E. Lee Lowther III (2013142)
    *Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

On February 10, 2017, a copy of the foregoing was served by U.S. mail on the

following:

Matthew E. Hartness
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, AR  72227


_____
Lee Lowther

1391140-v1

MONROE COUNTY
FILED
AT 8:00 O'CLOCK A M

AUG 2 2 2016

ALICE SMITH, CLERK
*Allie Smith* D.C.

## IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS

KACI MITCHELL, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR

**PLAINTIFFS**

vs.                                    NO. 48CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS
and DANIEL NAVA

**DEFENDANTS**

## COMPLAINT

Come the Plaintiffs, by and through counsel, Matthew E. Hartness of The Brad Hendricks
Law Firm, and for their cause of action state:

1. Plaintiffs are residents of Monroe County, Arkansas.

2. Plaintiffs' cause of action arises from a motor vehicle collision which occurred in
Monroe County, Arkansas.

3. Defendant Alvaro Nava d/b/a Angel Express, hereinafter referred to as "Angel Express,"
is a foreign corporation doing business in White County, Arkansas.

4. Defendant, Daniel Nava, is a resident of the State of Texas.

5. This Honorable Court has personal and subject matter jurisdiction over this matter and
venue is proper herein.

6. On June 1, 2016, Plaintiff, Kaci Mitchell, was operating a 2002 Chevrolet and was
traveling East on Interstate 40 near log mile 212.638 in Monroe County, Arkansas. Plaintiff,
Braylee Mitchell, a minor, was a passenger in the Chevrolet.

7. At the same time and place Defendant, Daniel Nava, an employee or agent of

EXHIBIT

**A**

Defendant, Angel Express, was operating a 2001 Freightliner tractor trailer, owned by Defendant, Angel Express, and was traveling East on Interstate 40.

8.   As Plaintiffs lawfully proceeded eastbound in the far left lane Defendant, Daniel Nava, moved into Plaintiffs' lane, causing a collision between the two vehicles.

9.   The actions of Defendant, Daniel Nava, for which Defendant, Angel Express, is responsible, were the proximate cause of the injuries and damages sustained by Plaintiffs. Specific acts of negligence include, but are not limited to, the following:

   a.    Failing to keep a proper lookout;

   b.    Failing to keep the vehicle he was driving under proper control;

   c.    Careless and prohibited driving;

   d.    Failing to yield the right of way; and,

   e.    Otherwise failing to exercise ordinary care under the circumstances.

10.   At the time of the crash which gives rise to this cause of action, Defendant, Daniel Nava, was operating a vehicle owned by Defendant, Angel Express. At all times relevant to this cause of action, Defendant, Daniel Nava, was acting within the course and scope of his employment with Defendant, Angel Express. Under the doctrine of *respondeat superior*, Defendant, Angel Express, is vicariously liable for any damages which resulted from the negligence of Defendant, Daniel Nava.

11.   As a proximate result of the negligence of Defendant, Daniel Nava, Plaintiff, Kaci Mitchell sustained the following injuries and damages:

   a.    permanent physical injury;

   b.    pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

-2-

c.   medical expenses incurred in the past and reasonably certain to be incurred
     in the future;

d.   medical expenses incurred by her minor child, Braylee Mitchell, and those reasonably
     certain to be incurred until she reaches the age of majority.

12.   Plaintiff, Braylee Mitchell, a minor, sustained permanent physical injury and endured
pain, suffering, and mental anguish, and will continue to do so, as a result of the negligence of
Defendant, Daniel Navo.

13.   Each Plaintiff's unliquidated damages exceed the current minimum requirement for
federal court jurisdiction in diversity of citizenship cases.   Plaintiffs furthermore demand a trial by
jury.

WHEREFORE, Plaintiffs  pray for judgment of and from the Defendants, in an amount
adequate to compensate them for the damages they have sustained, which amounts for each Plaintiff
exceeds the current minimum amount required for federal court jurisdiction in diversity of
citizenship cases.  Plaintiffs further pray for costs, interest and all other just and proper relief to
which they may be entitled.

Respectfully Submitted,

THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
(501) 221-0444
(501) 661-0196 fax

By: _____
     MATTHEW E. HARTNESS, ABN 96005

-3-

IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS
CIVIL DIVISION

KACI MITCHELL, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR
Plaintiff(s)

vs.

No. 48CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS
and DANIEL NAVA
Defendant(s)

SUMMONS

## THE STATE OF ARKANSAS TO DEFENDANT:

Daniel Nava

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or 60
days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you
must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of
the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:

> Matthew E. Hartness
> The Brad Hendricks Law Firm, P.A.
> 500C Pleasant Valley Drive
> Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered against
you for the relief demanded in the complaint.

Address of Clerk's Office

Janet E. Tweedle, Monroe County Clerk
123 Madison Street
Courthouse
Clarendon, AR  72029

[SEAL]

CLERK OF COURT

_Alice Smith, Clerk_
[Signature of Clerk or Deputy Clerk]

Date: 22 Aug 2016

No._____   This summons is for *(name of Defendant)*.

### PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____ [address] with _____ [name], a person at least 14
years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent
authorized by appointment or by law to receive service of summons on behalf of
_____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of
the summons and complaint by first-class mail to the defendant together with two copies of a notice
and acknowledgment and received the attached notice and acknowledgment form within twenty days
after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

                             By: _____
                             [Signature of server]

                             [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                             [Signature of server]

                             [Printed name]

Address: _____

           _____

Phone: _____

Subscribed and sworn to before me this date: _____

                             Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

# REQUEST
## FOR
# FILING



**TRACKING NUMBER**
**15092387**

FILE AT COURT:

**AR Monroe County Circuit Court**
**123 Madison**
**Clarendon, AR 72029**

ALL ENCLOSED DOCUMENTS:

COURT  PLEASE RETURN DOCUMENTS AFTER FILING

**Seattle Support**
**633 Yesler Way**
**Seattle, WA 98104**
**OR CALL:**
**206-521-9000**
**for us to pick up the filed documents**

COURT:   Please return this Filing Coversheet with Filed
         Documents. Do not throw away.

PARTNER

**Seattle Support**
633 Yesler Way
Seattle, WA 98104
206-521-9000

CUSTOMER

**THE BRAD HENDRICKS LAW FIRM**

CUSTOMER REF

**21930, K Mitchell**

COURT

**AR Monroe County Circuit Court**

CASE NUMBER

**48CV-16-84-3**

CASE TITLE

**KACI MITCHELL, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF BRAYLEE MITCHELL, A MINOR vs.**
**ALVARO NAVA D/B/A ANGEL EXPRESS, DANIEL NAVA**



www.abclegal.com

Generated:  01/24/2017

## IN THE IN THE CIRCUIT COURT OF MONROE COUNTY
## STATE OF ARKANSAS

**KACI MITCHELL, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF BRAYLEE MITCHELL, A MINOR**

Plaintiff/Petitioner

vs.

**ALVARO NAVA D/B/A ANGEL EXPRESS; DANIEL NAVA**

Defendant/Respondent

Cause No.:   **48CV-16-84-3**
Hearing Date:

**DECLARATION OF SERVICE OF COMPLAINT; SUMMONS**

### AFFIDAVIT OF SERVICE

This affidavit is for service on ALVARO NAVA D/B/A ANGEL EXPRESS

**[X]** I personally delivered the summons and complaint to **ALVARO NAVA D/B/A ANGEL EXPRESS** at **5005 STAGE W DR, ARLINGTON, Tarrant County, TX 76017** on **14th day of January, 2017**; or

[ ] I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ] I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name] , a person at least 14 years of age who resides there, on _____ [date]; or

[ ] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ] Other [specify]: _____

[ ] I was unable to execute service because: _____

My fee is $: **$ 125.00**

MONROE COUNTY
FILED
AT 1:30 O'CLOCK A M

JAN 2 7 2017

ALICE SMITH, CLERK

_____ D.C.

REF:  **21930, K Mitchell**

PAGE 1 OF 2
ORIGINAL PROOF OF SERVICE




Tracking #: **0015092388**

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____     SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _16 7TH_ day of ___JAN___ , 20 _17_.

_____

Miguel Suarez, Reg. # SCH 12307, Supreme Court of Texas

Subscribed and Sworn to before me this _16th_ day of ___JAN.___ , 20 _17_.

_____

NOTARY PUBLIC in and for the State of Texas

Residing at: _DALLAS_

My commission expires _2/24/202_

```
        MILTON AGUILAR
  Notary Public, State of Texas
  Comm. Expires 02-24-2020
     Notary ID 130552677
```

Additional information regarding service or attempted service:
**ALVARO NAVA D/B/A ANGEL EXPRESS, Who accepted service, with identity confirmed by verbal communication, a black-haired Hispanic male approx. 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a mustache.**

 

Tracking #: 0015092386



## THE BRAD HENDRICKS
## LAW FIRM
### A Professional Association

500 C  Pleasant Valley Drive
Little Rock, Arkansas 72227
Telephone: (501) 221-0444
Fax: (501) 661-0196

**www.bradhendricks.com**

Brad Hendricks ††
Lamar Porter †
Christopher R. Heil
David Rawls †
George R. Wise, Jr.
Matthew E. Hartness †

All Licensed in Arkansas
† Also Licensed in Texas
†† Also Licensed in Texas & Missouri

Caroline C. Lewis
Lloyd W. "Tré" Kitchens
Sheldon D. Smith
Timothy M. Carr, Sr.*
Zan Davis *

* Of Counsel

January 16, 2017

Monroe County Circuit Court
Janet E. Tweedle, Monroe County Clerk
123 Madison Street
Courthouse
Clarendon, AR  72029

RE: Kaci Mitchell vs. Alvaro Nava d/b/a Angel Express and Daniel Nava

Dear Clerk:

Enclosed for filing please find the original and two (2) copies of an Affidavit of Service regarding the above-referenced matter.  Please return the filed marked copies to me in the enclosed addressed, stamped envelope.

Thank you for your assistance in this matter.  Should you have any questions, please do not hesitate to contact me.

Sincerely,

Janie Pelkey
Paralegal
*jpelkey@bradhendricks.com*

/jlp
Enclosures
cc/enc: E. Lee Lowther, III, Esq.

IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS

KACI MITCHELL, INDIVIDUALLY AND                                    **PLAINTIFFS**
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR

vs.                                        NO. 48CV-16-84

ALVARO NAVA D/B/A ANGEL                                             **DEFENDANTS**
EXPRESS AND DANIEL NAVA

## AFFIDAVIT OF SERVICE

I, Matthew E. Hartness, attorney for Plaintiffs, state under oath that on January 14, 2017,

Defendant, Alvaro Nava dba Angel Express, was served with the Summons attaching the Complaint,

via ABC Legal. A copy of the Summons is attached hereto as Exhibit "A". Also, attached as Exhibit

"B" is the executed receipt reflecting the date Defendant received the pleadings.

Further affiant sayeth not.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Drive
Little Rock, AR  72227
(501) 221-0444 phone
(501) 661-0196 facsimile

BY: _____
MATTHEW E. HARTNESS, ABN 96005

STATE OF ARKANSAS     )
                      )§§
COUNTY OF PULASKI     )

APPEARED before me, a notary, this 16th day of January, 2017, Matthew E. Hartness,
attorney for the Plaintiffs and executed the attached Affidavit of Service.

_____
NOTARY PUBLIC

My Commission Expires:

KRISTI GOODMAN
MY COMMISSION # 12393170
EXPIRES: May 21, 2023
Pulaski County

MONROE COUNTY
FILED
AT 9:40 O'CLOCK A M

JAN 17 2017

ALICE SMITH, CLERK

_____ D.C.

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing pleadings has been mailed, this 16th day of January, 2017, to:

E. Lee Lowther, III, Esq.
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR  72201

MATTHEW E. HARTNESS, ABN 96005

## IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS
### CIVIL DIVISION

KACI MITCHELL, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR
**Plaintiff(s)**

vs.                                                                No. 48CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS
and DANIEL NAVA
**Defendant(s)**

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

> Alvaro Nava
> d/b/a Angel Express

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew E. Hartness
> The Brad Hendricks Law Firm, P.A.
> 500C Pleasant Valley Drive
> Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                    CLERK OF COURT

Janet E. Tweedle, Monroe County Clerk
123 Madison Street
Courthouse                                   *Alice Smith, Clerk*
Clarendon, AR 72029
                                             [Signature of Clerk or Deputy Clerk]

                                             Date: 22 Aug 2016

[SEAL]



PLAINTIFF'S
EXHIBIT
"A"

No. _____   This summons is for *(name of Defendant)*.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

                               By: _____
                               [Signature of server]

                               _____
                               [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                               [Signature of server]

                               _____
                               [Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

                               _____
                               Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

**IN THE IN THE CIRCUIT COURT OF MONROE COUNTY**
**STATE OF ARKANSAS**

| | |
|---|---|
| KACI MITCHELL, INDIVIDUALLY,AND AS PARENT AND NEXT FRIEND OF BRAYLEE MITCHELL, A MINOR | Cause No.:   48CV-16-84-3<br>Hearing Date: |
| Plaintiff/Petitioner | |
| vs. | DECLARATION OF SERVICE OF<br>COMPLAINT; SUMMONS |
| ALVARO NAVA D/B/A ANGEL EXPRESS; DANIEL NAVA | |
| Defendant/Respondent | |

## AFFIDAVIT OF SERVICE

This affidavit is for service on ALVARO NAVA D/B/A ANGEL EXPRESS

[X] I personally delivered the summons and complaint to ALVARO NAVA D/B/A ANGEL EXPRESS at 5005 STAGE W DR, ARLINGTON, Tarrant County, TX 76017 on 14th day of January, 2017; or

[ ] I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ] I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name] , a person at least 14 years of age who resides there, on _____ [date]; or

[ ] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ] Other [specify]: _____

[ ] I was unable to execute service because:
_____

My fee is $: $ 125.00

REF: 21930, K Mitchell



PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: 0015092386



To be completed if service is by a sheriff or deputy sheriff:

Date: _____     SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

To be completed if service is by a person other than a sheriff or deputy sheriff:

DATED this _16 7th_ day of ___JAN___, 20 _17_

_____

Miguel Suarez, Reg. # SCH 12307, Supreme Court of Texas

Subscribed and Sworn to before me this _16th_ day of ___JAN.___, 20 _17_.

_____

NOTARY PUBLIC in and for the State of Texas

Residing at: ___DALLAS___

My commission expires ___2/24/2020___

> **MILTON AGUILAR**
> Notary Public, State of Texas
> Comm. Expires 02-24-2020
> Notary ID 130592677

Additional information regarding service or attempted service:

**ALVARO NAVA D/B/A ANGEL EXPRESS, Who accepted service, with identity confirmed by verbal communication, a black-haired Hispanic male approx. 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a mustache.**

REF:  21930, K Mitchell

**PAGE 2 OF 2**
**ORIGINAL PROOF OF SERVICE**



Tracking #: 0015092386



# ✶✶✶

## WRIGHT LINDSEY JENNINGS

200 West Capitol Avenue, Suite 2300    Little Rock, AR 72201-3699    Main 501.371.0808    Fax 501.376.9442    wlj.com

### E. Lee Lowther III
#### ATTORNEY

Direct: 501.212.1207 | llowther@wlj.com


## FACSIMILE COVER SHEET

### November 22, 2016

| **RECIPIENT** | **COMPANY/FIRM NAME** | **FAX NUMBER** |
|---|---|---|
| Ms. Alice F. Smith - Clerk | Monroe County Circuit Court | 870.747.3710 |
| Matthew E. Hartness | Brad Hendricks Law Firm | 661.0196 |

---

Message From: E. Lee Lowther III          Direct Dial Number: 501.212.1207

Number of pages (including this cover sheet): 6

C/M:                                        Transmitter: Kim Gaither

☐  Hard copy in the mail          ☐  Please "RUSH"

☐  Please call when received      ☐  Confidential

Comments:

*Please fax or email file-marked copy to Kim at 501.376.9442 or kgaither@wlj.com.*

Thank you!
If you have any problems, please call 501.212.1206, and ask for Kim Gaither

THIS MESSAGE IS INTENDED FOR THE USE OF THE ADDRESSEE(S). IT CONTAINS INFORMATION WHICH IS
CONFIDENTIAL UNDER THE ATTORNEY-CLIENT PRIVILEGE OR OTHERWISE NOT SUBJECT TO DISCLOSURE. IF YOU
ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE
MESSAGE TO THE INTENDED RECIPIENT, ANY USE OF THIS INFORMATION OR DISSEMINATION, DISTRIBUTION
OR COPYING OF THIS COMMUNICATION, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# W

## WRIGHT LINDSEY JENNINGS

200 West Capitol Avenue, Suite 2300  Little Rock, AR 72201-3699  Main 501.371.0808  Fax 501.376.9442  wlj.com

E. Lee Lowther III
ATTORNEY

Direct: 501.212.1207 | llowther@wlj.com

November 22, 2016

**Via Facsimile | 870.747.3710**

Ms. Alice F. Smith
Circuit Clerk
Monroe County Courthouse
123 Madison Street
Clarendon, Arkansas 72029

RE:    Kaci Mitchell v. Alvaro Nava d/b/a Angel Express and Daniel Nava
       Monroe County Circuit Case No. 48CV-16-84-3

Ms. Smith:

Enclosed for fax filing is defendants' answer to the complaint of plaintiff Kaci
Mitchell. Please return by fax the first page of the file-marked answer to me at
501.376.9442 along with any charges for filing.

Thank you for your assistance.

Best regards,

WRIGHT, LINDSEY & JENNINGS LLP

*See Lowther*

E. Lee Lowther III

LL/krg
Enclosures
cc:    Matthew E. Hartness | 501.661.0196

1860791-v1                         Wright, Lindsey & Jennings LLP

# IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS
## CIVIL DIVISION

KACI MITCHELL, Individually and as
Parent and Next Friend of
Braylee Mitchell, a minor                                           **PLAINTIFFS**

v.                              Case No. 45CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS,
and DANIEL NAVA                                                     **DEFENDANTS**

## ANSWER

For their answer to the plaintiffs' complaint, Alvaro Nava d/b/a Angel

Express and Daniel Nava:

1.     Lack information sufficient to form a belief as to the truth of the

allegations in paragraph 1 of the complaint and therefore deny those allegations.

2.     Admit that the plaintiffs' are bringing a cause of action arising from a

motor-vehicle collision that occurred in Monroe County, Arkansas, but deny any

fault or liability for having caused that accident, as alleged in paragraph 2 of the

complaint.

3.     Lack information sufficient to form a belief as to the truth of the

allegations in paragraph 3 of the complaint and therefore deny those allegations.

4.     Lack information sufficient to form a belief as to the allegations in

paragraph 4 of the complaint and therefore deny those allegations.

5.     Lack information sufficient to form a belief as to the allegations in

paragraph 5 of the complaint and therefore deny those allegations.

MONROE COUNTY
FILED
AT 10:17 O'CLOCK **A** M

NOV 2 2 2016

ALICE SMITH, CLERK

_Alice Smith_ D.C.

6.    Lack information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the complaint and therefore deny those allegations.

7.    Lack information sufficient to form a belief as to the allegations in paragraph 7 of the complaint and therefore deny those allegations.

8.    Lack information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the complaint and therefore deny those allegations.

9.    Deny the allegations in paragraph 9 of the complaint, including subparagraphs a–e.

10.   Lack information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the complaint and therefore deny those allegations.

11.   Deny the allegations in paragraph 11 of the complaint, including subparagraphs a–d.

12.   Deny the allegations in paragraph 12 of the complaint.

13.   Deny the allegations in paragraph 13 of the complaint.

14.   Deny that plaintiffs are entitled to any of the relief requested in the WHEREFORE paragraph of their complaint.

15.   Deny any allegation not specifically admitted herein.

16.   Assert the defenses of lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

17.   Reserve the right to amend their pleading during discovery to plead any defense available to them under Arkansas Rule of Civil Procedure 8(c).

1860770-v1

WHEREFORE, defendants Alvaro Nava d/b/a Angel Express and Daniel Nava request that the Court dismiss the claims against them and award them all other relief to which they are entitled.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: llowther@wlj.com

By _____

> Jerry J. Sallings (84134)
> E. Lee Lowther III (2013142)
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On November 22, 2016, a copy of the foregoing was served by Facsimile and

U.S. mail on the following:

Matthew E. Hartness
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, AR 72227

_____
Lee Lowther

MONROE COUNTY
FILED
AT 9:30 O'CLOCK A M

OCT 2 4 2016

ALICE SMITH, CLERK
_____ D.C.

IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS

KACI MITCHELL, INDIVIDUALLY AND                             PLAINTIFFS
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR

vs.                              NO. 48CV-16-84

ALVARO NAVA D/B/A ANGEL                                     DEFENDANTS
EXPRESS AND DANIEL NAVA

### AFFIDAVIT OF SERVICE

I, Matthew E. Hartness, attorney for Plaintiffs, state under oath that on September 28, 2016,

Defendant, Daniel Nava, was served with the Summons attaching the Complaint, via ABC Legal.

A copy of the Summons is attached hereto as Exhibit "A".  Also, attached as Exhibit "B" is the

executed receipt reflecting the date Defendant received the certified mail.

Further affiant sayeth not.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Drive
Little Rock, AR  72227
(501) 221-0444 phone
(501) 661-0196 facsimile

BY: _____
MATTHEW E. HARTNESS, ABN 96005

STATE OF ARKANSAS      )
                       )§§
COUNTY OF Saline       )

APPEARED before me, a notary, this 20th day of October, 2016, Matthew E. Hartness,
attorney for the Plaintiffs and executed the attached Affidavit of Service.

_____
NOTARY PUBLIC

My Commission Expires:
02-20-2024



ROBIN G. MORGAN
MY COMMISSION # 12397611
EXPIRES: February 10, 2024
Saline County

IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS
CIVIL DIVISION

KACI MITCHELL, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR
**Plaintiff(s)**

vs.                                              No. 48CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS
and DANIEL NAVA
**Defendant(s)**

                                   SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

        Daniel Nava

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or 60
days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you
must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of
the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:
                Matthew E. Hartness
                The Brad Hendricks Law Firm, P.A.
                500C Pleasant Valley Drive
                Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered against
you for the relief demanded in the complaint.

Address of Clerk's Office                    CLERK OF COURT

Janet E. Tweedle, Monroe County Clerk        *Alice Smith, Clerk*
123 Madison Street                           _____
Courthouse                                   [Signature of Clerk or Deputy Clerk]
Clarendon, AR  72029
                                             Date: 22 Aug 2016

[SEAL]



No. _____   **This summons is for** *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

IN THE CIRCUIT COURT OF MONROE COUNTY
STATE OF ARKANSAS

| | |
|---|---|
| **KACI MITCHELL, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF BRAYLEE MITCHELL, A MINOR** <br> Plaintiff/Petitioner <br><br> vs. <br> **ALVAR NAVA D/B/A ANGEL EXPRESS; DANIEL NAVA** <br> Defendant/Respondent | Case No.:   **48CV-16-84-3** <br> Division: <br><br> AFFIDAVIT OF SERVICE OF <br> SUMMONS; COMPLAINT |

Received by Aleasha Dugan, on the 26th day of September, 2016 at 3:22 PM to be served upon DANIEL NAVA at 1309 COUNTY RD 607, ALVARADO, Johnson County, TX 76009.
On the 28th day of September, 2016 at 2:17 PM, I, Aleasha Dugan, SERVED DANIEL NAVA at 1309 COUNTY RD 607, ALVARADO, Johnson County, TX 76009 in the manner indicated below:

INDIVIDUAL SERVICE, by personally delivering 1 copy(ies) of the above-listed documents to DANIEL NAVA.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Who accepted service, with identity confirmed by verbal communication, an Hispanic male approx. 45-55 years of age, 5'4"-5'6" tall, weighing 180-200 lbs with gray hair with an accent.

Service Fee Total: $ 125.00

I, being first duly sworn, depose and state:  That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _Aleasha Dugan_   SCH00008722                     _9/29/16_
Aleasha Dugan                  Server ID #                        Date

Notary Public:  Subscribed and sworn before me on this _29th_ day of _September_ in the year of 20_16_.
Personally known to me __✓__ or _____ identified by the following document:

Number/Reference: _____
Type: _____
_Milton Aguilar_                              Notary Public for State of: _____
Notary Public (Legal Signature)              Commission Expiration: _____

MILTON AGUILAR
Notary Public, State of Texas
Comm. Expires 02-24-2020
Notary ID 130552677

PLAINTIFF'S
EXHIBIT
"B"
ALL-STATE LEGAL®

# REQUEST FOR FILING



TRACKING NUMBER
**13534367**

**FILE AT COURT:**

**AR Monroe County Circuit Court**
**123 Madison**
**Clarendon, AR 72029**

**ALL ENCLOSED DOCUMENTS:**

**COURT: PLEASE RETURN DOCUMENTS AFTER FILING**

**Seattle Support**
**633 Yesler Way**
**Seattle, WA 98104**

**OR CALL:**

for us to pick up the filed documents

COURT:   Please return this Filing Coversheet with Filed
Documents. Do not throw away.

PARTNER

**Seattle Support**
633 Yesler Way
Seattle, WA 98104

CUSTOMER

**THE BRAD HENDRICKS LAW FIRM**

CUSTOMER REF

**219631 - B Mitchell**

COURT

**AR Monroe County Circuit Court**

CASE NUMBER

**48CV-16-84-3**

CASE TITLE

**KACI MITCHELL, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF BRAYLEE MITCHELL, A MINOR vs.**
**ALVAR NAVA D/B/A ANGEL EXPRESS, DANIEL NAVA**



www.abclegal.com

Generated: 10/03/2016

IN THE CIRCUIT COURT OF MONROE COUNTY
STATE OF ARKANSAS

| | |
|---|---|
| **KACI MITCHELL, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF BRAYLEE MITCHELL, A MINOR** <br> Plaintiff/Petitioner | Case No.:      **48CV-16-84-3** <br> Division: |
| **vs.** <br> **ALVAR NAVA D/B/A ANGEL EXPRESS; DANIEL NAVA** <br> Defendant/Respondent | **AFFIDAVIT OF SERVICE OF SUMMONS; COMPLAINT** |

Received by **Aleasha Dugan**, on the 26th day of September, 2016 at 3:22 PM to be served upon **DANIEL NAVA** at **1309 COUNTY RD 607, ALVARADO, Johnson County, TX 76009.**
On the 28th day of September, 2016 at 2:17 PM, I, Aleasha Dugan, SERVED DANIEL NAVA at **1309 COUNTY RD 607, ALVARADO, Johnson County, TX 76009** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering 1 copy(ies) of the above-listed documents to **DANIEL NAVA**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who accepted service, with identity confirmed by verbal communication, an Hispanic male approx. 45-55 years of age, 5'4"-5'6" tall, weighing 180-200 lbs with gray hair with an accent.**

Service Fee Total: **$ 125.00**

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _Aleasha Dugan_       SCH00008722       9/29/16
        Aleasha Dugan                         Server ID #                        Date

Notary Public: Subscribed and sworn before me on this 29th day of SEPTEMBER in the year of 2016.
Personally known to me __✓__ or _____ identified by the following document:

|                                        |                             |
|----------------------------------------|-----------------------------|
| _Milton Aguilar_                       | Number/Reference:_____ |
| Notary Public (Legal Signature)        | Type:_____             |
|                                        | Notary Public for State of:_____ |
|                                        | Commission Expiration:_____ |

**MILTON AGUILAR**
Notary Public, State of Texas
Comm. Expires 02-24-2020
Notary ID 130552677

MONROE COUNTY
FILED
AT 9:50 O'CLOCK A M

OCT  7 2016

ALICE SMITH, CLERK
_Meli Sturt_ D.C.

REF: 219631 - B Mitchell                    Tracking #: 0013534365



**THE BRAD HENDRICKS**
**LAW FIRM**
A Professional Association

Brad Hendricks ††
Lamar Porter †
Christopher R. Heil
David Rawls †
George R. Wise, Jr.
Matthew E. Hartness †

All Licensed in Arkansas
† Also Licensed in Texas
†† Also Licensed in Texas & Missouri

500 C  Pleasant Valley Drive
Little Rock, Arkansas 72227
Telephone: (501) 221-0444
Fax: (501) 661-0196

www.bradhendricks.com

Caroline C. Lewis
Lloyd W. "Tré" Kitchens
Sheldon D. Smith
Timothy M. Carr, Sr.*
Zan Davis *

* Of Counsel

October 20, 2016

Monroe County Circuit Court
Janet E. Tweedle, Monroe County Clerk
123 Madison Street
Courthouse
Clarendon, AR  72029

RE: Kaci Mitchell vs. Alvaro Nava d/b/a Angel Express and Daniel Nava

Dear Clerk:

Enclosed for filing please find the original and two (2) copies of an Affidavit of Service regarding the above-referenced matter.  Please return the filed marked copies to me in the enclosed addressed, stamped envelope.

Thank you for your assistance in this matter.  Should you have any questions, please do not hesitate to contact me.

Sincerely,

Janie Pelkey
Paralegal
jpelkey@bradhendricks.com

/jlp
Enclosures

IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS
CIVIL DIVISION

KACI MITCHELL, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR
**Plaintiff(s)**

vs.                                          No. 48CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS
and DANIEL NAVA
**Defendant(s)**

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

     Alvaro Nava
     d/b/a Angel Express

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or 60
days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you
must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of
the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:
     Matthew E. Hartness
     The Brad Hendricks Law Firm, P.A.
     500C Pleasant Valley Drive
     Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered against
you for the relief demanded in the complaint.

Address of Clerk's Office                     CLERK OF COURT

Janet E. Tweedle, Monroe County Clerk
123 Madison Street                            _Alice Smith, Clerk_
Courthouse                                    [Signature of Clerk or Deputy Clerk]
Clarendon, AR  72029
                                              Date: 22 Aug 2016

[SEAL]

**No. _____**   **This summons is for** *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____                    SHERIFF OF _____ COUNTY, ARKANSAS

                                         By: _____
                                         [Signature of server]

                                         _____
                                         [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____                    By: _____
                                         [Signature of server]

                                         _____
                                         [Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

                                         _____
                                         Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS
CIVIL DIVISION

KACI MITCHELL, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF
BRAYLEE MITCHELL, A MINOR
**Plaintiff(s)**

vs.                                                     No. 48CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS
and DANIEL NAVA
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Daniel Nava

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or 60
days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you
must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of
the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:

Matthew E. Hartness
The Brad Hendricks Law Firm, P.A.
500C Pleasant Valley Drive
Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered against
you for the relief demanded in the complaint.

Address of Clerk's Office                          CLERK OF COURT

Janet E. Tweedle, Monroe County Clerk           _Alice Smith, Clerk_
123 Madison Street                              _____
Courthouse                                      [Signature of Clerk or Deputy Clerk]
Clarendon, AR  72029
                                                Date: _22 Aug 2016_

[SEAL]



No. _____  This summons is for *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14
years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent
authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of
the summons and complaint by first-class mail to the defendant together with two copies of a notice
and acknowledgment and received the attached notice and acknowledgment form within twenty days
after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____