MONROE COUNTY
FILED
AT 8:00 O'CLOCK A M
AUG 22 2016
ALICE SMITH, CLERK
*Allie Smith* D.C.

## IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS

KACI MITCHELL, INDIVIDUALLY AND
AS PARENT AND NEXT FRIEND OF            PLAINTIFFS
BRAYLEE MITCHELL, A MINOR

vs.       NO. 48CV-16-84-3

ALVARO NAVA d/b/a ANGEL EXPRESS
and DANIEL NAVA            DEFENDANTS

### COMPLAINT

Come the Plaintiffs, by and through counsel, Matthew E. Hartness of The Brad Hendricks Law Firm, and for their cause of action state:

1. Plaintiffs are residents of Monroe County, Arkansas.

2. Plaintiffs' cause of action arises from a motor vehicle collision which occurred in Monroe County, Arkansas.

3. Defendant Alvaro Nava d/b/a Angel Express, hereinafter referred to as "Angel Express," is a foreign corporation doing business in White County, Arkansas.

4. Defendant, Daniel Nava, is a resident of the State of Texas.

5. This Honorable Court has personal and subject matter jurisdiction over this matter and venue is proper herein.

6. On June 1, 2016, Plaintiff, Kaci Mitchell, was operating a 2002 Chevrolet and was traveling East on Interstate 40 near log mile 212.638 in Monroe County, Arkansas. Plaintiff, Braylee Mitchell, a minor, was a passenger in the Chevrolet.

7. At the same time and place Defendant, Daniel Nava, an employee or agent of

**EXHIBIT A**

Defendant, Angel Express, was operating a 2001 Freightliner tractor trailer, owned by Defendant, Angel Express, and was traveling East on Interstate 40.

8. As Plaintiffs lawfully proceeded eastbound in the far left lane Defendant, Daniel Nava, moved into Plaintiffs' lane, causing a collision between the two vehicles.

9. The actions of Defendant, Daniel Nava, for which Defendant, Angel Express, is responsible, were the proximate cause of the injuries and damages sustained by Plaintiffs. Specific acts of negligence include, but are not limited to, the following:

    a. Failing to keep a proper lookout;

    b. Failing to keep the vehicle he was driving under proper control;

    c. Careless and prohibited driving;

    d. Failing to yield the right of way; and,

    e. Otherwise failing to exercise ordinary care under the circumstances.

10. At the time of the crash which gives rise to this cause of action, Defendant, Daniel Nava, was operating a vehicle owned by Defendant, Angel Express. At all times relevant to this cause of action, Defendant, Daniel Nava, was acting within the course and scope of his employment with Defendant, Angel Express. Under the doctrine of *respondeat superior*, Defendant, Angel Express, is vicariously liable for any damages which resulted from the negligence of Defendant, Daniel Nava.

11. As a proximate result of the negligence of Defendant, Daniel Nava, Plaintiff, Kaci Mitchell sustained the following injuries and damages:

    a. permanent physical injury;

    b. pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

  c. medical expenses incurred in the past and reasonably certain to be incurred in the future;

  d. medical expenses incurred by her minor child, Braylee Mitchell, and those reasonably certain to be incurred until she reaches the age of majority.

12. Plaintiff, Braylee Mitchell, a minor, sustained permanent physical injury and endured pain, suffering, and mental anguish, and will continue to do so, as a result of the negligence of Defendant, Daniel Navo.

13. Each Plaintiff's unliquidated damages exceed the current minimum requirement for federal court jurisdiction in diversity of citizenship cases. Plaintiffs furthermore demand a trial by jury.

WHEREFORE, Plaintiffs pray for judgment of and from the Defendants, in an amount adequate to compensate them for the damages they have sustained, which amounts for each Plaintiff exceeds the current minimum amount required for federal court jurisdiction in diversity of citizenship cases. Plaintiffs further pray for costs, interest and all other just and proper relief to which they may be entitled.

Respectfully Submitted,

THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
(501) 221-0444
(501) 661-0196 fax

By: _____
MATTHEW E. HARTNESS, ABN 96005

-3-