**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**KACI MITCHELL, INDIVIDUALLY AND**                              **PLAINTIFFS**
**AS PARENT AND NEXT FRIEND OF**
**BRAYLEE MITCHELL, A MINOR**

**v.**                              **No. 2:17-cv-23-JM**

**ALVARO NAVA D/B/A ANGEL**                              **DEFENDANTS**
**EXPRESS AND DANIEL NAVA**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come the Plaintiffs and for their Stipulation of Dismissal Without Prejudice, state:

1.      Under Rule 41 of the Federal Rules of Procedure Plaintiffs are entitled to a dismissal

without prejudice if it the stipulation is signed by all parties who have appeared.

2.      Plaintiffs ask the Court to grant the Stipulation of Dismissal Without Prejudice as all

parties who have made an appearance have no objection to the Stipulation and have signed below.

3.      Plaintiffs ask for any and all other relief to which they may be entitled.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR  72227
(501) 221-0444
(501) 661-0196 (fax)
*mhartness@bradhendricks.com*

BY:      */s/ Matthew E. Hartness*
           Matthew E. Hartness, ABN 96005
           **Attorney for Plaintiffs**

**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, AR  72201
(501) 371-0808
(501) 376-9442 (fax)
Llowther@wlj.com

BY:     */s/Lee Lowther*
Lee Lowther (2013142)
Jerry J. Sallings (84134)
**Attorneys for Defendant**

Date: December 1, 2017